UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

S.E.,

    Plaintiff

    v.

PAMELA BONDI, et al.,

    Defendants.

Civil Action No. 25-1108 (JDB)

# ORDER

Upon consideration of [14] the parties' joint status report and motion to dissolve temporary restraining order as moot, and the entire record herein, it is hereby

**ORDERED** that, given that the defendants have committed not to remove S.E. from the United States pursuant to any provision of Proclamation 10888 during the pendency of this action, [10] the temporary restraining order issued on April 17, 2025 is hereby **DISSOLVED AS MOOT**; it is further

**ORDERED** that, to avoid any misunderstanding regarding the scope of the defendants' agreement and this Order and to provide the parties the opportunity to be heard, if necessary, the defendants shall provide the Court and S.E.'s counsel with at least seven days' notice before removing S.E. from the United States on any basis during the pendency of this action; and it is further

**ORDERED** that, by agreement of the parties, the following schedule shall govern further proceedings:

- Plaintiff shall file her combined motion for preliminary injunction and for summary judgment by not later than June 6, 2025;

- Defendants shall file their opposition and cross-motion for summary judgment by not later than July 22, 2025;

- Plaintiff shall file her reply and opposition by not later than August 21, 2025; and

- Defendants shall file their reply by not later than September 18, 2025.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: April 22, 2025